# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| **WELLS FARGO BANK, N.A.**, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 10-cv-24612-JAL |
| | ) |
| **NEXT GENERATION DENTISTRY, P.A., LISA BERGQUIST and MICHAEL R. BERGQUIST**, | ) ) ) |
| | ) |
| *Defendants.* | ) |

## **FINAL DEFAULT JUDGMENT**

This Cause is before the Court on Plaintiff Wells Fargo Bank, N.A.'s Motion for Default Judgment (D.E. 14), filed on February 1, 2011. Upon review of the Motion, its supporting affidavits and the record, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion for Default Judgment is **GRANTED**. Accordingly, Plaintiff Wells Fargo Bank, N.A., shall recover from the Defendants **Next Generation Dentistry, P.A.**, 12002 S.W. 128th Court, Unit # 108, Miami, Florida, **Lisa Bergquist**, 15457 S.W. 14th Street, Miami, Florida, and **Michael R. Bergquist**, 15457 S.W. 14th Street, Miami, Florida, jointly and severally, in the amount of $288,882.87, along with applicable post-judgment interest at the rate provided by law, for which let execution issue. It is further **ORDERED** that this Case is now **CLOSED**.

2

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of February, 2011.

*/s/ Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**