UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-24612-CIV-LENARD/O'SULLIVAN

WELLS FARGO BANK, N.A.,

    Plaintiff,

v.

NEXT GENERATION DENTISTRY, P.A.,
LISA BERGQUIST and MICHAEL R.
BERGQUIST,

    Defendants.
_____/

### ORDER COMPELLING APPEARANCE AT DEPOSITION

THIS MATTER comes before the Court on the Plaintiff's Motion to Compel Appearance at Depositions (DE # 16, 6/28/11). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

The undersigned issued an Order on June 30, 2011, (DE # 18, 6/30/11), requiring the subpoenaed defendants to respond to the Plaintiff's Motion to Compel Appearance at Depositions (DE # 16, 6/28/11), on or before July 21, 2011. As of the date of this Order, no responses have been filed with the Court. The Order was sent by Chambers to Lisa Bergquist and Michael R. Bergquist, at 15457 S.W. 14th Street, Miami, Florida, 33194, the address for Lisa and Michael R. Bergquist listed under the service list on the Plaintiff's Motion to Compel Appearance at Depositions (DE # 16, 6/28/11). In accordance with the foregoing, it is

ORDERED AND ADJUDGED that the Plaintiff's Motion to Compel Appearance at Depositions (DE # 16, 6/28/11) is GRANTED.  It is further

ORDERED AND ADJUDGED that Lisa Bergquist shall appear for deposition at 10:00

A.M. on August 24, 2011, at Brickell Bay Center, 1001 Brickell Bay Drive, 27th Floor, Miami, Florida, 33131. It is further

ORDERED AND ADJUDGED that Michael R. Bergquist shall appear for deposition at 1:00 P.M. on August 24, 2011, at Brickell Bay Center, 1001 Brickell Bay Drive, 27th Floor, Miami, Florida, 33131. It is further

ORDERED AND ADJUDGED that the plaintiff shall personally serve both Lisa Bergquist and Michael R. Bergquist with this Order on or before August 5, 2011. It is further

ORDERED AND ADJUDGED that the plaintiff shall notify the Court once Lisa Bergquist and Michael R. Bergquist have been personally served with this Order. It is futher

ORDERED AND ADJUDGED that the failure of the defendants, Lisa Bergquist and Michael R. Bergquist, to comply with this Order may result in sanctions, including, but not limited to being held in contempt, fined and incarcerated.

DONE and ORDERED, in chambers, in Miami, Florida, this 29th day of July, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Lenard
All counsel of record

Sent by Chambers to:
Lisa and Michael R. Bergquist
15457 S.W. 14th Street
Miami, FL 33194